UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO MURRAY McIVER,<br><br>                              Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF SOCIAL SERVICES,<br><br>                              Defendant. | 21-CV-0783 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 23, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to receive electronic service of notices and documents in this action. (ECF 2.)

SO ORDERED.

Dated:   March 24, 2021
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge